JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JAVIER ROMERO,<br><br>                    Petitioner,<br><br>            v.<br><br>MARKWAYNE MULLIN et al,<br><br>                    Respondent. | Case No. 5:26-cv-02206-MAR<br><br><br>JUDGMENT |

Pursuant to the Order Granting Petition, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.


Dated: May 19, 2026

_____
HONORABLE MARGO A. ROCCONI
United States Magistrate Judge